## United States Bankruptcy Court
### Southern District of Florida

In re   **Emilio Roberto Urrutia**                                             Case No.   **15-13747**
                                    Debtor(s)                                  Chapter    **13**

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.   On   **March 2, 2015**  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.   This case has previously converted to a Chapter 13.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.


Date   **September 1, 2015**                        Signature   **/s/ Emilio Roberto Urrutia**
                                                                **Emilio Roberto Urrutia**
                                                                Debtor

Attorney   **/s/ Eric Scott Brumfield**
           **Eric Scott Brumfield 90535**

**The Law Office of Eric Scott Brumfield, Esq.**
**AET II, 7270 NW 12th Street**
**Suite 555**
**Miami, FL 33126**
**305-406-3490**
**Fax: 305-406-3489**
**vm@lawesb.com**